*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and GEIS,
Appellate Military Judges

————————————

**UNITED STATES**
Appellee

**v.**

**Kason J. SMITH**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900038**

Decided: 30 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Lieutenant Colonel Emily A. Jackson-Hall, USMC (arraignment); Major Terrance J. Reese, USMC (trial). Sentence adjudged 19 November 2018 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 7 months,[1] and a bad-conduct discharge.

For Appellant: Captain William F. Halsey, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

_____

[1] The Convening Authority suspended confinement in excess of 90 days pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court